## A09A1508. THE STATE v. PORTER.
(707 SE2d 546)

MILLER, Presiding Judge.

In *State v. Porter*, 288 Ga. 524 (705 SE2d 636) (2011), the Supreme Court of Georgia reversed the judgment of this Court in *State v. Porter*, 300 Ga. App. 128 (684 SE2d 299) (2009). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Barnes, P. J., and Andrews, J., concur.*

DECIDED MARCH 9, 2011.

*Paul L. Howard, Jr., District Attorney, Stephany J. Luttrell, Assistant District Attorney*, for appellant.

*Janet W. Hankins, Jimmonique R. S. Rodgers*, for appellee.